

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00243-CR

## EX PARTE RAYFORD SMITH

**From the 85th District Court
Brazos County, Texas
Trial Court No. 13-001621-CV-85**

## O R D E R

Appellant filed a pro se notice of appeal of the trial court's denial of appellant's pre-trial writ of habeas corpus on July 17, 2013. All of the Court's communications regarding this appeal since that time have been with appellant, acting as his own counsel.

On September 3, 2013, the Court notified appellant that his brief was past due. With the filing of appellant's pro se brief on September 12, 2013, however, the Court has been informed that the trial court appointed counsel for the appeal on July 22, 2013.

Counsel has also recently discovered that the Court has been communicating with appellant acting as his own counsel and has filed a motion for extension of time to file appellant's brief.

We order the Clerk of this Court to send appellant's counsel copies of the communications the Court has had with appellant and a copy of appellant's pro se brief. Appellant's pro se brief is stricken. Counsel's motion for an extension of time to file appellant's brief is granted in part. Appellant's brief is due September 30, 2013.

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Motion granted
Order issued and filed September 26, 2013